UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     v.<br><br>SARAH TUCKER,<br><br>                           Defendant. | Case No. CR10-47 MJP<br><br>**DETENTION ORDER** |

Offense charged:

    Bank Fraud,
    Aggravated Identity Theft, and
    Possession of Stolen Mail.

Date of Detention Hearing:  July 14, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant was released on bond on March 2, 2010.   On June 7, 2010 defendant was

DETENTION ORDER - 1

1  arrested for violating conditions of the bond.  Defendant admitted the next day she had

2  committed the violations by using drugs and alcohol. The Court released defendant onto GPS

3  monitoring and home confinement.  In July, defendant was again arrested for violating a

4  condition of her bond.  On July 14, 2010, defendant admitted she used a controlled substance in

5  violation of her conditions of release.

6      It is therefore ORDERED:

7      (1)    Defendant shall be detained pending trial and committed to the custody of the

8  Attorney General for confinement in a correctional facility separate, to the extent practicable,

9  from persons awaiting or serving sentences, or being held in custody pending appeal;

10     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11 counsel;

12     (3)    On order of a court of the United States or on request of an attorney for the

13 Government, the person in charge of the correctional facility in which Defendant is confined

14 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

15 connection with a court proceeding; and

16     (4)    The clerk shall direct copies of this order to counsel for the United States, to

17 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

18 Officer.

19     DATED this 14th day of July, 2010.

20

21                                   _____
                                      BRIAN A. TSUCHIDA
22                                   United States Magistrate Judge

23

DETENTION ORDER - 2